1  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   EDWARD P. MURPHY (State Bar No. 182778)
2  ANNA A. CHOPOVA (State Bar No. 245730)
   **RUDLOFF WOOD & BARROWS LLP**
3  2000 Powell Street, Suite 900
   Emeryville, CA 94608
4  Telephone:    (510) 740-1500
   Facsimile:    (510) 740-1501
5
   Attorneys for Defendants ALLIED PROPERTY
6  AND CASUALTY INSURANCE COMPANY
   and AMCO INSURANCE COMPANY
7

8           UNITED STATES DISTRICT COURT OF CALIFORNIA

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 JOELLEN HRUBY,                              No. CV 07 6031 EMC

12          Plaintiff,                         **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PARTIES**
13     vs.

14 ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY, a corporation;          **(DIVERSITY)**
15 AMCO INSURANCE COMPANY, a
   corporation, and DOES 1 to 10, inclusive,  **[JURY TRIAL DEMANDED]**
16
            Defendants.                        Complaint Filed: 09/21/07
17 _____/            Trial Date:      None Set

18

19     I, Patricia Ryan, certify and declare as follows:

20     I am over the age of eighteen years and not a party to the within cause. I am employed in

21 the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000

22 Powell Street, Emeryville, California 94608, which is located in the county and state where the

23 mailing described below took place. I declare that I am employed in the office of a member of the

24 bar of this Court at whose direction the service was made. I am personally and readily familiar

25 with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of

26 correspondence for mailing with the United States Postal Service, pursuant to which mail placed

27 for collection at designated stations in the ordinary course of business is deposited the same day,

28 proper postage prepaid, with the United States Postal Service.

-1-

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PARTIES**

On November 29, 2007, I served copies of the following documents:

1. Civil Cover Sheet;
2. Notice of Removal Under 28 U.S.C. §1441(b);
3. Certification of Interested Entities or Persons;
4. Notice of Assignment of Case to a United States Magistrate Judge for Trial (attached blank forms of (a) Consent to Proceed before a United States Magistrate Judge and (b) Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen;
7. Standing Order for all Judges of the Northern District of California Re: Contents of Joint Case Management Statement;
8. Packet entitled "Welcome to the U.S. District Court, San Francisco;"
9. U.S. District Court Northern California – ECF Registration Information Handout; and,
10. ADR Dispute Resolution Procedures booklet.

On November 30, 2007, I served copies of the following documents:

1. Notice to Adverse Party of Removal to Federal Court (with attached Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) [Jury Trial Demanded] filed with the United States District Court, Northern District of California on November 29, 2007) and accompanying documents as listed above

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Rudloff Wood & Barrows LLP, for collection and mailing in the United States mail addressed as follows:

> Peter O. Glaessner, Esq.
> Lombardi, Loper & Conant, LLP
> 1999 Harrison Street, Suite 2600
> Oakland, CA  94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 30, 2007, at Emeryville, California.

*Patricia Ryan* (signature)
Patricia Ryan