**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
11/05/2007
CT Log Number 512756151

84M10753

| | |
|---|---|
| **TO:** | Randolph Wiseman<br>Nationwide Mutual Insurance Company<br>One Nationwide Plaza 1-38-11<br>Columbus, OH 43215-2220 |
| **RE:** | **Process Served in California** |
| **FOR:** | Amco Insurance Company (Domestic State: IA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joellen Hruby, Pltf vs Allied Property and Casualty Insurance Company, etc., et al, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Notice of Case Management Conference and Order, Notice(s) |
| **COURT/AGENCY:** | Alameda County, Oakland, Superior Court, CA<br>Case # RG07347517 |
| **NATURE OF ACTION:** | Breach of Contract - Defendant failed to perform the terms of the contract |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/02/2007 at 15:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 02/05/2008 at 2:30 p.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Peter O. Glaessner<br>Lombardi, Loper & Conant, LLP<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>510 433 2600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/05/2007, Expected Purge Date: 11/10/2007<br>Image SOP - Page(s): 15 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.