G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501

Attorneys for Defendants ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY
and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLEN HRUBY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; AMCO INSURANCE COMPANY, a corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants.<br>_____ / | No.  CV 07-6031 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[Federal Rules of Civ. Proc., Rule 7.1 and Local Rule 3-16]**<br><br>**(DIVERSITY)**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Complaint Filed: 09/21/07<br>Trial Date:    None Set |

TO PLAINTIFF JOELLEN HRUBY AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

"Allied Property and Casualty Insurance Company" and "AMCO Insurance Company" are wholly-owned subsidiaries of Allied Group, Inc.  Nationwide Mutual Insurance Company is the sole shareholder of Allied Group, Inc.

1  These representations are made to enable the Court to evaluate possible disqualification or
2  recusal.

4  DATED: December 3, 2007            **RUDLOFF WOOD & BARROWS LLP**

   By: _____
       G. Edward Rudloff, Jr.
       Edward P. Murphy
       Anna A. Chopova

   Attorneys for Defendants ALLIED PROPERTY
   AND CASUALTY INSURANCE COMPANY
   and AMCO INSURANCE COMPANY

**PROOF OF SERVICE BY MAIL**

I, Patricia Ryan, hereby declare:

I am over the age of eighteen and not a party to the within cause. I am employed in the County of Alameda, California, in the office of a member of the bar of the court in which the within action is pending at whose direction the following service was made. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On December 3, 2007, I served the within: **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Federal Rules of Civ. Proc., Rule 7.1 and Local Rule 3-16]** on the parties named below in this action by placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

| | |
|---|---|
| Peter O. Glaessner, Esq.<br>Lombardi, Loper & Conant, LLP<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 3, 2007, at Emeryville, California.

_/s/ Patricia Ryan_
Patricia Ryan

-3-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS