G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501

Attorneys for Defendants ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY
and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLEN HRUBY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; AMCO INSURANCE COMPANY, a corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants.<br>_____ / | No. CV 07 6031 EMC<br><br>**AMENDED CERTIFICATE OF SERVICE OF AMENDED NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS**<br><br>**(DIVERSITY)**<br><br>**[JURY TRIAL DEMANDED]**<br><br>Complaint Filed: 09/21/07<br>Trial Date:　　　 None Set |

I, Patricia Ryan, certify and declare as follows:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Emeryville, California 94608, which is located in the county and state where the mailing described below took place. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

-1-

On December 3, 2007, I served copies of the following documents:

1. Civil Cover Sheet;
2. Amended Notice of Removal Under 28 U.S.C. §1441(b);
3. Certification of Interested Entities or Persons;
4. Notice of Assignment of Case to a United States Magistrate Judge for Trial (attached blank forms of (a) Consent to Proceed before a United States Magistrate Judge and (b) Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen;
7. Standing Order for all Judges of the Northern District of California Re: Contents of Joint Case Management Statement;
8. Packet entitled "Welcome to the U.S. District Court, San Francisco;"
9. U.S. District Court Northern California – ECF Registration Information Handout;
10. ADR Dispute Resolution Procedures booklet;
11. Amended Notice to Adverse Party of Removal to Federal Court (with attached Amended Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) [Jury Trial Demanded] filed with the United States District Court, Northern District of California on December 3, 2007) and accompanying documents as listed above,

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Rudloff Wood & Barrows LLP, for collection and mailing in the United States mail addressed as follows:

Peter O. Glaessner, Esq.
Lombardi, Loper & Conant, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 3, 2007, at Emeryville, California.

_____
Patricia Ryan

-2-
**AMENDED CERTIFICATE OF SERVICE OF AMENDED NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS**