1  PETER O. GLAESSNER, State Bar No. 093830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:    (510) 433-2600
   Facsimile:     (510) 433-2699
5
   Attorneys for Plaintiff
6  JOELLEN HRUBY

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  JOELLEN HRUBY,                          Case No.  CV 07-6031 EMC

12              Plaintiff,                  **DEMAND FOR JURY TRIAL**

13  v.

14  ALLIED PROPERTY AND CASUALTY
    INSURANCE COMPANY, a corporation;
15  AMCO INSURANCE COMPANY, a
    corporation, and DOES 1 to 10, inclusive,
16
                Defendants.
17

18        Plaintiff hereby demands trial by jury in this action.

19  Dated:    December 4, 2007              LOMBARDI, LOPER & CONANT, LLP

20

21                                          By:____/s/ Peter O. Glaessner_____
                                                   PETER O. GLAESSNER
22                                             Attorneys for Plaintiff, JOELLEN HRUBY

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30739-36637 POG 546441.1