1  PETER O. GLAESSNER, State Bar No. 093830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
5
   Attorneys for Plaintiff
6  JOELLEN HRUBY

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 JOELLEN HRUBY,                              Case No. CV 07-6031 EMC

12              Plaintiff,                     **CONSENT TO PROCEED BEFORE A
                                               UNITED STATES MAGISTRATE JUDGE**
13 v.

14 ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY, a corporation;
15 AMCO INSURANCE COMPANY, a
   corporation, and DOES 1 to 10, inclusive,
16
                Defendants.
17

18      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

19 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

20 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

21 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

22 Circuit.

23 Dated:   December 7, 2007                   LOMBARDI, LOPER & CONANT, LLP

24

25                                             By:   /s/ Peter O. Glaessner
                                                     PETER O. GLAESSNER
26                                                   Attorneys for Plaintiff, JOELLEN HRUBY

27

28