1  G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
   EDWARD P. MURPHY (State Bar No. 182778)
2  ANNA A. CHOPOVA (State Bar No. 245730)
   **RUDLOFF WOOD & BARROWS LLP**
3  2000 Powell Street, Suite 900
   Emeryville, CA 94608
4  Telephone:    (510) 740-1500
   Facsimile:    (510) 740-1501
5
   Attorneys for Defendants ALLIED PROPERTY
6  AND CASUALTY INSURANCE COMPANY
   and AMCO INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT OF CALIFORNIA

9            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 JOELLEN HRUBY,                           No. CV 07-6031 EMC

12                 Plaintiff,               **STIPULATION TO ALLOW SITE
                                            INSPECTION BEFORE RULE 26(F)
13       vs.                                CONFERENCE OF PARTIES
                                            RULES OF CIV. PROC. RULE 26(D)**
14 ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY, a corporation;        Complaint Filed: 09/21/07
15 AMCO INSURANCE COMPANY, a                Trial Date:      None Set
   corporation, and DOES 1 to 10, inclusive,
16
17                 Defendants.
                                        /
18

19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21       Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

22 ("Allied") and AMCO INSURANCE COMPANY ("AMCO") (or collectively "Defendants")

23 acting through their attorneys of record, Rudloff Wood & Barrows LLP, and Plaintiff JOELLEN

24 HRUBY ("Hruby" or "Plaintiff") acting through her attorneys of record, Lombardi, Loper &

25 Conant, LLP, stipulate:

26 ///

27 ///

28 ///

-1-
STIPULATION TO ALLOW SITE INSPECTION

1  Whereas this matter was removed from state court to federal district court based upon
2  diversity of citizenship (28 U.S.C. §1332);
3  Whereas the parties have yet to conduct the Rule 26 conference of parties as set out under
4  Federal Rules of Civil Procedure Rule 26(f) or submit their initial discovery disclosures or
5  discovery plan under Federal Rules of Civil Procedure Rules 26(a)(1) and 26(f);
6  Whereas the parties are not required to conduct their Rule 26 conference until February 13,
7  2008;
8  Whereas the parties agree to allow Defendants to conduct a site inspection of Plaintiff's
9  home to assess, measure, photograph and videotape the property and damage before completing
10 such conference and disclosures as authorized under Federal Rules of Civil Procedure Rule 26(d);
11 and
12 Whereas the parties further agree that this site inspection shall constitute Defendants right
13 to demand an "Entry Upon Land for Inspection and Other Purposes" as authorized under Federal
14 Rules of Civil Procedure Rule 34;
15 THEREFORE THE PARTIES STIPULATE AS FOLLOWS:
16 1. The parties agree that Defendants may conduct a site inspection of Plaintiff's
17 property, including measuring, photographing and videotaping the property and damage, before
18 the Rule 26 conference required by Federal Rules of Civil Procedure Rule 26(f);.
19 2. The parties further agree that this site inspection shall be deemed to be Defendants
20 right to have access to and conduct a site inspection as authorized under Federal Rules of Civil
21 Procedure Rule 34;
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3. The parties further agree that this site inspection shall be conducted at a date and time to be mutually agreed to by the parties or the parties attorneys' of record.

IT IS SO STIPULATED:

DATED: December 21, 2007

**RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY

DATED: December ___, 2007

**LOMBARDI, LOPER & CONANT, LLP**

By: _____
Peter O. Glaessner

Attorneys for Plaintiff JOELLEN HRUBY

-3-
STIPULATION TO ALLOW SITE INSPECTION

3. The parties further agree that this site inspection shall be conducted at a date and time to be mutually agreed to by the parties or the parties attorneys' of record.

IT IS SO STIPULATED:

DATED: December ___, 2007

**RUDLOFF WOOD & BARROWS LLP**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy
Anna A. Chopova

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY

DATED: December 20, 2007

**LOMBARDI, LOPER & CONANT, LLP**

By: *[signature]*
Peter O. Gloessner

Attorneys for Plaintiff JOELLEN HRUBY