PETER O. GLAESSNER, State Bar No. 093830
pog@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Plaintiff
JOELLEN HRUBY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLEN HRUBY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; AMCO INSURANCE COMPANY, a corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 07-6031 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[F.R.Cv.P. RULE 7.1; LOCAL RULE 3-16] |

TO DEFENDANTS ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Local Rule 3-16, the undersigned certifies that the following persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have financial interest in the subject matter in controversy or is a party to the proceedings, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

No disclosures.

///

///

30739-36637 POG 553830.1

CERTIFICATION OF INTERESTED PARTIES
CV 07-6031 EMC

These representations are made to enable the court to evaluate possible disqualification or recusal.

Dated: May ___, 2008

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Peter O. Glaessner
PETER O. GLAESSNER
Attorneys for Plaintiff, JOELLEN HRUBY

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30739-36637 POG 553830.1

- 2 -

CERTIFICATION OF INTERESTED PARTIES
CV 07-6031 EMC