**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 2, 2008

Case No.   C 07-6031  MHP            Judge: MARILYN H. PATEL

Title: JOELLEN HRUBY -v- ALLIED PROPERTY AND CASUALTY INSURANCE

Attorneys:  Plf:  Peter Glaessner
            Dft: Edward Murphy

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying action; Notice of intent of consent by defendant to be filed within ten days;