G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
emurphy@rwblaw.com
achopova@rwblaw.com

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY

**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**NORTHERN DISTRICT OF CALIFORNIA**

JOELLEN HRUBY,

Plaintiff,

vs.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY and DOES 1 to 10, inclusive,

Defendants.

Case No. CV 07-6031 MHP

**DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Complaint Filed: 09/21/07
Trial Date: None Set

[Hon. Marilyn H. Patel]

At the case management conference on June 2, 2008, Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY (collectively "AMCO") were asked to reconsider their declination to proceed before a United States Magistrate Judge. Further, AMCO was given ten days to report back to the Court. AMCO hereby does consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

/ / /



RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

Further, AMCO was advised that if it did consent to the assignment that the parties could request that the case be assigned to a specific United States Magistrate Judge. Therefore, AMCO respectfully requests that it be given an additional fifteen days from the filing of this consent to meet and confer with plaintiff on the selection of a United States Magistrate Judge.

DATED: June 12, 2008

**RUDLOFF WOOD & BARROWS LLP**

By: *_/s./ Edward P. Murphy_*
Edward P. Murphy

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY