UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOELLEN HRUBY,

    Plaintiff(s),

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY et al,

    Defendant(s).

No. C 07-6031 MHP

**ORDER OF REASSIGNMENT**

Pursuant to all counsel having consented to proceed before a Magistrate Judge, this matter is hereby reassigned to Magistrate Judge Edward M. Chen for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Magistrate Judge.

Dated: June 17, 2008

MARILYN HALL PATEL
United States District Judge