**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                          415.522.2000


**June 19, 2008**

**CASE NUMBER:  CV 07-06031 MHP**
**CASE TITLE:  JOELLEN HRUBY-v-ALLIED PROPERTY**

REASSIGNMENT ORDER

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Edward M. Chen** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.


    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 6/19/08

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                                                                Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 6/19/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA