**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLEN HRUBY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____/ | Case No. C07-6031 EMC<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

**CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Edward M. Chen, for trial and all further proceedings,

IT IS HEREBY ORDERED that, pursuant to Federal Rules of Civil Procedure 16 and Civil Local Rules 16-10, a Case Management Conference will be held in this case before the Honorable Edward M. Chen on **July 23, 2008, at 1:30 p.m.**, in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. **The parties are required to appear in court at 1:00 p.m., thirty (30) minutes prior to the Case Management Conference, to discuss the case with one another including disclosure of relevant information and any possibilities for settlement.**

    1.    Plaintiff(s) shall serve copies of this Order and the Court's Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of

1  Fed. R. Civ. P. 4 and 5.  Following service, Plaintiff(s) shall file a certificate of service with the
2  Clerk of Court.
3      2.   Lead trial counsel who will try this case are directed to confer in advance of the Case
4  Management Conference with respect to the subjects detailed in Fed. R. Civ. P. 16©, 26(f), and all
5  of the items referenced in the Court's Standing Order re:  Contents of Joint Case Management
6  Statement.  Not less than seven (7) days before the conference, counsel shall file a Joint Case
7  Management Conference Statement in compliance with Local Rule 16 and the Court's Standing
8  Order.  All documents filed with the Clerk of Court shall list the civil case number followed only by
9  the initials **"EMC."**  One copy shall be clearly marked as **"EMC Chambers' Copy."**  Failure to
10 file a Joint Case Management Conference Statement, without good cause, may subject a party to
11 sanctions.
12     3.   Each party shall be represented at the Case Management Conference by lead trial
13 counsel (or a party if *in pro se*) prepared to address all of the matters referred to in the Court's
14 Standing Order, and with authority to enter stipulations and make admissions pursuant to this Order.
15     4.   Any request to reschedule the above dates should be made in writing, and by
16 stipulation, if possible, not less than ten (10) days before the conference date.  Good cause must be
17 shown.
18     5.   **In all "E-Filing" cases, when filing papers that require the Court to take any**
19 **action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in**
20 **addition to filing papers electronically, lodge with chambers a printed copy of the papers on**
21 **three-hole punch paper (including all exhibits) by the close of the next court day following the**
22 **day the papers are filed electronically.  These printed copies shall be marked "EMC Chambers**
23 **Copy" and shall be submitted to the Clerk's Office in an envelope clearly marked with the case**
24 **number, "Magistrate Judge Edward M. Chen," and "E-Filing Chambers Copy."  Parties shall**
25 **not file a paper copy of any document with the Clerk's Office that has already been filed**
26 **electronically.  A proposed order in an E-Filing case must be emailed to**
27 **emcpo@cand.uscourts.gov as a Word Processing format attachment on the same day that it is**
28

1 **E-Filed.**  With permission, Chambers' copes of documents may be submitted on CD-ROM with
2 hypertext links to exhibits.

3   6.   Each attorney of record in all "E-Filing" cases is obligated to become an ECF User
4 and be assigned a user ID and password for access to the system upon designation of the action as
5 being subject to ECF.  Registration shall be on a form prescribed by the Clerk.  Attorneys of record
6 who fail to register timely shall be subject to such sanctions as may be imposed by the Court.

7   7.   Failure to comply with this Order, or provisions of the Fed. R. Civ. P. 16 and 26(f) or
8 the provisions of Civil L. R. 16-10 may be grounds for sanctions.  (See Fed. R. Civ. P. 16(f)).

9   IT IS SO ORDERED.

11 Dated:  July 8, 2008      _____
                                             EDWARD M. CHEN
12                                           United States Magistrate Judge