In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** July 23, 2008

**Case No:** C07-6031EMC        **Time:** 1:33-1:38 p.m.

**Case Name:** Kruby v. Allied Property, et al.

**Attorneys:** Peter Glaessner for Plaintiff
G. Edward Rudloff for Defendants

**Deputy Clerk:** Betty Fong


**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:** 5-day jury trial set for 10/5/2009 at 8:30 a.m. This case is referred to a magistrate judge for settlement conference to be held within 60 to 90 days. Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 10/8/2008 at 2:30 p.m. for Status Conference


cc: EMC/Wings