| Ralph A. Lombardi | **LOMBARDI, LOPER & CONANT, LLP** | Anthony J. Calero |
|---|---|---|
| Bruce P. Loper | | Leora R. Ragones |
| Matthew S. Conant | | Karen E. Giquinto |
| Peter O. Glaessner | Lake Merritt Plaza | Liza Siu Mendoza |
| B. Clyde Hutchinson | 1999 Harrison Street, Suite 2600 | Jason B. Shane |
| Timothy J. McCaffery | Oakland, California 94612-3541 | Sarah C. Pastran |
| GayLynn Kirn Conant | Tel: 510/433-2600 • Fax: 510/433-2699 | Bradley D. Fell |
| Jeffrey D Hosking | | *Of Counsel* |
| John W. Ranucci | | Chris P. Lavdiotis |
| Vincent Castillo | | Linda C. Roodhouse |
| | | Lori A. Sebransky |

September 24, 2008

**VIA E-MAIL ONLY**

Hon. Edward Chen, Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    *Joellen Hruby v. Allied Property, et al.*
              United States District Court Case No.: CV 07-6031 EMC

Your Honor:

    We presently have a case management conference scheduled for Wednesday, October 8th at 2:30 p.m.

    As I indicated when this date was scheduled, I have a trial scheduled in Judge Armstrong's courtroom on October 6th. In addition, more recently, I was assigned to defend a case with an Initial Case Management Conference before Judge Armstrong on October 8th at 3:00 p.m. in Oakland.

    Because of these conflicts, I would respectfully request the Court re-schedule the Case Management Conference to a later date. (The settlement conference will still go forward on October 2nd.) There is no opposition to this request from the defendants.

    Thank you for your consideration to this request.

                      Very truly yours,

                      LOMBARDI, LOPER & CONANT, LLP

                      By: _____
                              Peter O. Glaessner

POG:psh

cc: Edward P. Murphy, Esq.

30739-36637 POG 560140.1

IT IS SO ORDER that the case management is reset from 10/8/08 to 10/15/08 at 2:30 p.m. An updated joint CMC statement shall be filed by 10/8/08.

_____
Edward M. Chen, U.S. Magistrate Judge