G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Tel: (510) 740-1500
Fax: (510) 740-1501
E-Mail: erudloff@rwblaw.com
emurphy@rwblaw.com
achopova@rwblaw.com

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY

PETER O. GLAESSNER (State Bar No. 93830)
**LOMBARDI LOPER & CONANT LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Tel: (510) 433-2605
Fax: (510) 433-2699
E-Mail: pog@llcllp.com

Attorneys for Plaintiff JOELLEN HRUBY

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLEN HRUBY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and DOES 1-10,<br><br>    Defendants. | No. CV 07-06031 EMC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[Hon. Edward M. Chen] |

    1.    WHEREAS, Plaintiff JoEllen Hruby has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

    2.    WHEREAS, the parties to this action have executed a Settlement Agreement and General Release In Full; and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

4. The parties to this action agree, through their respective attorneys, that Plaintiff JoEllen Hruby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

DATED: ~~October~~ November 4, 2008     **RUDLOFF WOOD & BARROWS LLP**

By: _/s/ Edward P. Murphy_
Edward P. Murphy

Attorneys for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY

DATED: October 26, 2008     **LOMBARDI, LOPER & CONANT LLP**

By: _/s/ Peter O. Glaessner_
Peter O. Glaessner

Attorneys for Plaintiff JOELLEN HRUBY

### ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED: Nov. 12, 2008

The Honorable Edward M. Chen



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA